**SWEET SUE POULTRY CO., INC., v. EXPORT CREDIT CORPORATION.**— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

**JULIUS GOLDBERG**, as Chairman of the Advisory Committee of the Federation of the Handicapped, Inc., et al., v. **FEDERATION OF THE HANDICAPPED, INC.**, et al.— Motion for leave to appeal as poor persons granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellants' points, on condition that the appellants serve one copy of the typewritten or mimeographed appellants' points upon the attorney for defendants-respondents and files 6 typewritten or 19 mimeographed copies of appellants' points, together with the original record, with this court. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.

**ABBEY FUNERAL DIRECTORS, INC., v. JOHN F. SMITH** et al., Doing Business under the Name of **ABBEY PARKCHESTER FUNERAL CHAPEL.**— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before September 12, 1961, with notice of argument for the October 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.

**BERKLIFF UNDERGARMENT CORP. v. SIDNEY ORSECK** et al.— Motion to dismiss appeal denied. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.

**WILLIAM H. HARTLEY v. ADOLPH KASTOR & BROS., INC.,** et al.— Motion for a stay granted on condition that the appellants file a surety company bond in the sum of $10,000, and on the further condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.

**RITA ULLAH v. MOHAMED ALI.**— Motion for a stay granted only to the extent and on the terms and conditions contained in the order to show cause, dated May 12, 1961, and the stipulation of the respective parties, dated May 12, 1961. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.

**RUTH FINKELSTEIN,** as Administratrix of the Estate of **PERCY FINKELSTEIN,** Deceased, v. **DAVID SILBERMAN** et al., Individually and as Copartners Practicing Law under the Name of **SILBERMAN & GRANT.**— Motion to dismiss appeal denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.

**GWENDOLYN T. FRANK v. ALAN I. W. FRANK.**— Motion for leave to reargue denied. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

In the Matter of **JOHN W. O'NEILL** et al., v. **JOSEPH SCHECHTER,** as Chairman, et al.— Motion to dispense with printing granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon mimeographed appellants' points, on condition that the appellants serve one copy of the mimeographed appellants' points upon the Corporation Counsel of the City of New York and file 19 mimeographed copies of appellants' points, together with the original record, with this court. In all other respects, the motion is denied. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.